## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Gregory | Case Number:  07 B 08021 |
| | Judge:  Squires, John H |
| Printed:  8/21/07 | Filed:  5/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Ch 7 Conversion:  August 15, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 12,674.56 | 0.00 |
| 3. | City Of Chicago | Secured | 208.00 | 0.00 |
| 4. | Union Auto Sales | Secured | 4,360.17 | 0.00 |
| 5. | Washington Mutual Bank FA | Secured | 10,797.37 | 0.00 |
| 6. | Internal Revenue Service | Priority | 3,723.85 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 18.55 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 3,385.29 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 480.94 | 0.00 |
| 11. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 12. | Cash Advance | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Payless Car Sales | Unsecured | | No Claim Filed |
| 17. | IC System Inc | Unsecured | | No Claim Filed |
| 18. | Northway Loan | Unsecured | | No Claim Filed |
| 19. | Cash Transfers Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,898.73 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Jackson, Gregory

Printed:  8/21/07

Case Number:  07 B 08021
Judge:  Squires, John H
Filed:  5/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_